### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

**WILLIAM H. YELLAND,**                      :

    **Plaintiff**                    :    **CIVIL ACTION NO. 3:16-2080**

             **v.**                    :    **(JUDGE MANNION)**

                                :

**ABINGTON HEIGHTS SCHOOL DISTRICT***, et al.,*                    :

    **Defendants**                    :

### O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the defendants' motion to dismiss, (Doc. 6), plaintiff's complaint, (Doc. 1), is **GRANTED IN PART** and **DENIED IN PART**. Defendants' motion to dismiss is **GRANTED** with respect to defendant AHSD Board of Directors who are **DISMISSED WITH PREJUDICE**. Defendants' motion to dismiss all of plaintiff's claims against Mahon, Elia and Antonetti, including his claim for punitive damages, in their official capacities is **GRANTED** and all of these claims are **DISMISSED WITH PREJUDICE**. Defendants' motion to dismiss is **GRANTED** with respect to plaintiff's 14th Amendment post-deprivation procedural due process claim contained in Count II of his complaint and this claim is **DISMISSED**. Defendants' motion to dismiss plaintiff's 14th Amendment pre-deprivation procedural due process claim contained in Count I of his complaint is **DENIED** and this claim is **PERMITTED TO PROCEED** against AHSD and, against Mahon, Elia and Antonetti in their individual capacities. Plaintiff's claim for punitive damages

against Mahon, Elia and Antonetti in their individual capacities is **PERMITTED TO PROCEED**. Defendants' motion to dismiss plaintiff's state law malicious prosecution claim contained in Count III of his complaint is **DENIED** and, this claim against Mahon, Elia and Antonetti is **PERMITTED TO PROCEED**.

Finally, defendants AHSD, Mahon, Elia and Antonetti are directed to file their answer(s) to the remaining claims of plaintiff's complaint within **fourteen (14) days** of the date of the court's order.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: February 9, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-2080-01-Order.wpd