# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM H. YELLAND,** : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:16-2080** |
| v. : | **(JUDGE MANNION)** |
| **ABINGTON HEIGHTS SCHOOL DISTRICT**, *et al.,* : | |
| **Defendants** : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** plaintiff William H. Yelland's request to conduct the deposition of Student C, a non-party minor, (Doc. 31), is **GRANTED**. Yelland's request for the assistance of the United States Marshals Service in serving his subpoenas is **GRANTED**. The court directs the United States Marshals Service, pursuant to 28 U.S.C. §566(a) and (c), to serve plaintiff Yelland's subpoenas on one of Student C's parents who resides with him. Plaintiff Yelland is directed to pay the costs incurred by the United States Marshals Service regarding the service of his subpoenas.

Finally, defendants AHSD, Mahon, Elia and Antonetti are directed to immediately report to the court any complaint of retaliation made to them by Student C, his parents, or by any of his siblings attending school in the district.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 18, 2017**