# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**WILLIAM H. YELLAND,**

:

    **Plaintiff**              **CIVIL ACTION NO. 3:16-2080**

:

      **v.**                 **(JUDGE MANNION)**

:

**ABINGTON HEIGHTS SCHOOL
DISTRICT*, et al.,***

:

    **Defendants**         :

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** plaintiff Yelland's motion for leave to amend his complaint, (Doc. 64), regarding his 14th Amendment post-deprivation procedural due process claim is **DENIED**. Plaintiff Yelland's motion for partial summary judgment, (Doc. 65), is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: December 8, 2017**