# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM H. YELLAND, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:16-2080 |
| v. | : | (JUDGE MANNION) |
| ABINGTON HEIGHTS SCHOOL DISTRICT, et al., | : | |
| Defendants | : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**, the defendants' motion for summary judgment, **(Doc. 74)**, is **DENIED** with respect the plaintiff's 14th Amendment pre-deprivation procedural due process claim contained in Count I of his complaint against AHSD and, against Mahon, Elia and Antonetti in their individual capacity. The defendants' motion is also **DENIED** with respect to the plaintiff's claim for punitive damages against Mahon, Elia and Antonetti in their individual capacity. Additionally, the defendants' motion for summary judgment is **DENIED** with respect to the plaintiff's state law malicious prosecution claim contained in Count III against Mahon, Elia and Antonetti, in their individual capacity.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: July 2, 2018**